HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 (*Nevada Office*)
Telephone: (213) 928-9800
holly.cheong@troutman.com

TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA (*Los Angeles Office*)

*Attorneys for Defendant Nationstar Mortgage
LLC d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WEEKS; and DEBORAH WEEKS,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>Defendants. | Case No.  2:26-cv-00203-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NATIONSTAR MORTGAGE LLC DBA MR. COOPER TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs DONALD WEEKS and DEBORAH WEEKS ("Plaintiffs") and Defendant NATIONSTAR MORTGAGE LLC dba MR. COOPER ("Nationstar")[1] (and collectively with Plaintiffs "Parties") hereby submit this Stipulation to extend the deadline an additional two weeks for Nationstar to respond to the Complaint, or through March 6, 2026. This is the Parties' first request for an extension.

1. Plaintiffs' Complaint was filed on January 28, 2026.

2. Nationstar was served with the Complaint on or about January 30, 2026.

3. The deadline for Nationstar to respond to the Complaint is February 20, 2026.

---

[1] Rocket Mortgage, LLC is successor by merger to Nationstar Mortgage LLC effective February 2, 2026.

4. Nationstar is conducting an investigation regarding Plaintiffs' allegations in order to respond and to engage in good faith settlement discussions with Plaintiffs.

5. Parties have agreed to extend the deadline to respond to the Complaint through **March 6, 2026**.

| | |
|---|---|
| DATED this 12th day of February 2026 | DATED this 12th day of February 2026 |
| **CONSUMER JUSTICE LAW FIRM** | **TROUTMAN PEPPER LOCKE LLP** |
| */s/ Michael Yancey, III* <br> Michael Yancey, III, Esq. <br> Nevada Bar No. 16158 <br> 2300 West Sahara Ave., Suite 800 <br> Las Vegas, Nevada 89102 <br> Telephone: (480) 573-9272 <br> Email: myancey@consumerjustice.com <br><br> *Attorneys for Plaintiffs Donald and Deborah Weeks* | */s/ Holly E. Cheong* <br> Holly E. Cheong, Esq. <br> Nevada Bar No. 11936 <br> 8985 S. Eastern Ave., Suite 200 <br> Las Vegas, Nevada 89123 (*Nevada Office*) <br> Telephone: (213) 928-9800 <br> Email: holly.cheong@troutman.com <br><br> 350 South Grand Avenue, Suite 3400 <br> Los Angeles, CA (*Los Angeles Office*) <br><br><br> *Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper* |

**ORDER**

IT IS HEREBY ORDERED that Nationstar shall have through **March 6, 2026**, to respond to the Complaint.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 13, 2026

Respectfully submitted by:

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Holly E. Cheong*
Holly E. Cheong, Esq.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 (*Nevada Office*)
Tele: (213) 928-9800
Email: Holly.cheong@troutman.com

350 South Grand Avenue, Suite 3400
Los Angeles, CA (*Los Angeles Office*)

*Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*