SEYFARTH SHAW LLP
Jennifer R. Brooks (State Bar No. 14480)
jrbrooks@seyfarth.com
2323 Ross Ave.
Suite 1660
Dallas, Texas  75201
Telephone:  (469) 608-6700
Facsimile:  (713) 225-2340

CLARK HILL, PLLC
Gia N. Marina, Nevada Bar No. 15276
gmarina@clarkhill.com
1700 S. Pavilion Center Drive
Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300

*Counsel for Defendant*
*Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WEEKS and DEBORAH WEEKS, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER., <br><br> Defendants. | Case No.: 2:26-cv-00203-JCM-BNW |

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 24, 2026 through and including March 17, 2026. Plaintiff and Equifax are actively engaged in

SEYFARTH SHAW LLP
Attorneys at Law
Los Angeles - Century City

323658966v.1

settlement discussions.  The additional time to respond to the Complaint will facilitate settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

Dated:  February 20, 2026                          Respectfully submitted,

                                                   SEYFARTH SHAW LLP


                                                   By: */s/ Jennifer R. Brooks*
                                                       Jennifer R. Brooks (State Bar No. 14480)
                                                       jrbrooks@seyfarth.com
                                                       SEYFARTH SHAW LLP
                                                       2323 Ross Avenue, Suite 1660
                                                       Dallas, TX 75201
                                                       Telephone:  (469) 608-6730

                                                       *Counsel for Defendant*
                                                       *Equifax Information Services LLC*


Dated: February 20, 2026                           Agreed & Consented to:


                                                   By:  */s/ Michael Yancey III*
                                                        Michael Yancey III (Bar No. 16158)
                                                        CONSUMER JUSTICE LAW FIRM PLC
                                                        2300 West Sahara Avenue, Suite 800
                                                        Las Vegas, NV  89102
                                                        Telephone: 480-573-9272
                                                        Facsimile: 480-613-7733
                                                        myancey@consumerjustice.com

                                                   *Counsel for Plaintiff*
                                                   *Donald and Deborah Weeks*


IT IS SO ORDERED.




_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 23, 2026

SEYFARTH SHAW LLP
Attorneys at Law
Los Angeles - Century City

2

323658966v.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I presented the foregoing STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jennifer R. Brooks
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

SEYFARTH SHAW LLP
Attorneys at Law
Los Angeles - Century City

323658966v.1