HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 (*Nevada Office*)
Telephone: (213) 928-9800
holly.cheong@troutman.com

TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA (*Los Angeles Office*)

*Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper (Rocket Mortgage, LLC is successor by merger to Nationstar Mortgage LLC effective February 2, 2026)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WEEKS; and DEBORAH WEEKS,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>Defendants. | Case No.  2:26-cv-00203-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NATIONSTAR MORTGAGE LLC DBA MR. COOPER TO RESPOND TO THE COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiffs DONALD WEEKS and DEBORAH WEEKS ("Plaintiffs") and Defendant NATIONSTAR MORTGAGE LLC dba MR. COOPER ("Nationstar")[1] (and collectively with Plaintiffs "Parties") hereby submit this Stipulation to extend the deadline an additional two weeks for Nationstar to respond to the Complaint, or through March 20, 2026. This is the Parties' second request for an extension.

1.  Plaintiffs' Complaint was filed on January 28, 2026. ECF No. 1.

2.  Nationstar was served with the Complaint on or about January 30, 2026.

3.  The initial deadline for Nationstar to respond to the Complaint was February 20, 2026.

---

[1] Rocket Mortgage, LLC is successor by merger to Nationstar Mortgage LLC effective February 2, 2026.

326074270v1

4.  On February 13, 2026, this Court granted Nationstar an extension until March 6, 2026 to respond to the Complaint. ECF No. 8.

5.  Nationstar continues to investigate Plaintiffs' allegations in order to properly respond to the Complaint. The Parties have also recently engaged in good faith settlement discussions, which are ongoing and may resolve this matter as to Nationstar.

6.  Parties have agreed to extend the deadline to respond to the Complaint through **March 20, 2026**.

| DATED this 3rd day of March 2026 | DATED this 3rd day of March 2026 |
| --- | --- |
| **CONSUMER JUSTICE LAW FIRM** | **TROUTMAN PEPPER LOCKE LLP** |
| */s/ Michael Yancey, III* <br> Michael Yancey, III, Esq. <br> Nevada Bar No. 16158 <br> 2300 West Sahara Ave., Suite 800 <br> Las Vegas, Nevada 89102 <br> Telephone: (480) 573-9272 <br> Email: myancey@consumerjustice.com <br><br> *Attorneys for Plaintiffs Donald and Deborah Weeks* | */s/ Holly E. Cheong* <br> Holly E. Cheong, Esq. <br> Nevada Bar No. 11936 <br> 8985 S. Eastern Ave., Suite 200 <br> Las Vegas, Nevada 89123 (*Nevada Office*) <br> Telephone: (213) 928-9800 <br> Email: holly.cheong@troutman.com <br><br> 350 South Grand Avenue, Suite 3400 <br> Los Angeles, CA (*Los Angeles Office*) <br><br> *Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper (Rocket Mortgage, LLC is successor by merger to Nationstar Mortgage LLC effective February 2, 2026)* |

326074270v1

**ORDER**

IT IS HEREBY ORDERED that Nationstar shall have through **March 20, 2026**, to respond to the Complaint.

 

UNITED STATES MAGISTRATE JUDGE
DATED: March 4, 2026

Respectfully submitted by:

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Holly E. Cheong*
Holly E. Cheong, Esq.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 (*Nevada Office*)
Tele: (213) 928-9800
Email: holly.cheong@troutman.com

350 South Grand Avenue, Suite 3400
Los Angeles, CA (*Los Angeles Office*)

*Attorneys for Defendant Nationstar Mortgage*
*LLC d/b/a Mr. Cooper (Rocket Mortgage, LLC is*
*successor by merger to Nationstar Mortgage LLC*
*effective February 2, 2026)*

326074270v1