# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DONALD WEEKS; and DEBORAH WEEKS,

        Plaintiff(s),

vs.

EQUIFAX INFORMATION SERVICES, LLC; and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:26-cv-00203-JCM-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Levi Y. Eidelman_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Consumer Justice Law Firm_____
(firm name)

with offices at _____72-47 139th Street_____,
(street address)

_____Flushing_____, _____New York_____, _____11367_____,
(city)          (state)          (zip code)

_____(718) 360-0763_____, _____leidelman@consumerjustice.com_____.
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_Plaintiffs Donald Weeks and Deborah Weeks_ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____April 19, 2020_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _New York_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Exhibit A (Attached Hereto) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

> New York State Bar, New Jersey State Bar, Illinois State Bar, and Ohio State Bar.

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

Document Ref: JDAHG-5NHO8-AN8JW-W3S2C

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Pennsylvania    )
                         )
COUNTY OF Luzerne        )

_____Levi Y. Eidelman_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

28th day of May, 2026

_____
Notary Public or Clerk of Court

Commonwealth of Pennsylvania - Notary Seal
Jeffrey Bloch, Notary Public
Luzerne County
My commission expires April 21, 2027
Commission number 1434347
Member, Pennsylvania Association of Notaries

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Michael Yancey, III___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2300 West Sahara Avenue, Suite 800_____,
(street address)

___Las Vegas___, ___Nevada___, ___89102___,
(city)          (state)         (zip code)

___(480) 573-9272___, ___myancey@consumerjustice.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

Document Ref: JDAHG-5NHOS-AN8JW-W3S2C

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____ Michael Yancey, III _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Donald Weeks_
(party's signature)

Plaintiff Donald Weeks
(type or print party name, title)

_Deborah Weeks_
(party's signature)

Plaintiff Deborah Weeks
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Michael Yancey III_
Designated Resident Nevada Counsel's signature

16158                myancey@consumerjustice.com
Bar number           Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
**JDAHG-5NHO8-AN8JW-W3S2C**

DOCUMENT COMPLETED BY ALL PARTIES ON
**26 MAY 2026 17:36:42**
**UTC**

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **DONALD WEEKS**<br>EMAIL ▓▓▓▓▓▓▓▓<br>SHARED VIA<br>**LINK** | SENT<br>**21 MAY 2026 21:18:50**<br>VIEWED<br>**21 MAY 2026 21:41:36**<br>SIGNED<br>**21 MAY 2026 21:43:01** | *Donald Weeks*<br>IP ADDRESS ▓▓▓▓▓▓<br>LOCATION<br>**HENDERSON, UNITED STATES** |
| **DEBORAH WEEKS**<br>EMAIL ▓▓▓▓▓▓▓▓<br>SHARED VIA<br>**LINK** | SENT<br>**21 MAY 2026 21:18:50**<br>VIEWED<br>**21 MAY 2026 21:43:16**<br>SIGNED<br>**21 MAY 2026 21:43:35** | *Deborah Weeks*<br>IP ADDRESS ▓▓▓▓▓▓<br>LOCATION<br>**HENDERSON, UNITED STATES** |



**Signed with PandaDoc**

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
**JDAHG-5NHO8-AN8JW-W3S2C**

DOCUMENT COMPLETED BY ALL PARTIES ON
**26 MAY 2026 17:36:42**
**UTC**

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **MICHAEL YANCEY** | SENT **21 MAY 2026 21:18:50** | |
| EMAIL **MYANCEY@CONSUMERJUSTICE.COM** | VIEWED **26 MAY 2026 17:36:32** | *Michael Yancey III* |
| | SIGNED **26 MAY 2026 17:36:42** | IP ADDRESS ▊▊▊▊ |
| | | LOCATION **TULSA, UNITED STATES** |

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
**26 MAY 2026 17:36:32**

