Michael Yancey, III, NV #16158
**CONSUMER JUSTICE LAW FIRM**
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (480) 613-7733
E: myancey@consumerjustice.com

*Attorney for Plaintiffs*
*Donald Weeks & Deborah Weeks*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WEEKS; and DEBORAH WEEKS, | Case No.: 2:26-cv-00203-JCM-BNW |
| Plaintiffs, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, | **NOTICE OF SETTLEMENT** |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiffs Donald Weeks and Deborah Weeks ("Plaintiffs") and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper, have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Further, as all Parties have settled, Plaintiff respectfully requests that the Court enter an

Order denying Plaintiff's Motion/Verified Petition for Permission to Practice Pro Hac Vice by Levi Y. Eidelman (Docket No. 29) as moot.

Dated: June 4, 2026,                              Respectfully submitted,

*/s/ Michael Yancey*
Michael Yancey, III, NV #16158
**CONSUMER JUSTICE LAW FIRM**
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (480) 613-7733
E: myancey@consumerjustice.com

*Attorney for Plaintiffs*
*Donald Weeks & Deborah Weeks*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Lila M. Reyes*
Lila M. Reyes