Michael Yancey, III, NV #16158
**CONSUMER JUSTICE LAW FIRM**
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (480) 613-7733
E: myancey@consumerjustice.com

*Attorney for Plaintiffs*
*Donald Weeks & Deborah Weeks*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WEEKS; and DEBORAH WEEKS, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, <br><br> Defendants. | Case No.: 2:26-cv-00203-JCM-BNW <br><br><br> **MOTION TO WITHDRAW PLAINTIFFS' MOTION/VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE, OR, IN THE ALTERNATIVE, DENY AS MOOT** |

Currently pending before the Court is Plaintiffs Donald Weeks and Deborah Weeks' ("Plaintiffs") Motion/Verified Petition for Permission to Practice Pro Hac Vice (the "Motion") (Docket No. 29). As all Parties have settled (*see* Docket Nos. 21 and 31), Plaintiff respectfully requests that the Court enter an Order withdrawing Plaintiff's Motion, or, in the alternative, deny the motion as moot.

//

1

Dated: June 16, 2026,                    Respectfully submitted,

*/s/ Michael Yancey*
Michael Yancey, III, NV #16158
**CONSUMER JUSTICE LAW FIRM**
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (480) 613-7733
E: myancey@consumerjustice.com

*Attorney for Plaintiffs*
*Donald Weeks & Deborah Weeks*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart

2