HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 (*Nevada Office*)
Telephone: (213) 928-9800
holly.cheong@troutman.com

TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA (*Los Angeles Office*)

*Attorneys for Defendant Nationstar Mortgage
LLC d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WEEKS; and DEBORAH WEEKS, <br><br> Plaintiffs, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, <br><br> Defendants. | Case No.  2:26-cv-00203-JCM-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs DONALD WEEKS and DEBORAH WEEKS ("Plaintiffs") and Defendant NATIONSTAR MORTGAGE LLC dba MR. COOPER ("Nationstar")[1] (and collectively with Plaintiffs "Parties") hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Rocket Mortgage, LLC is successor by merger to Nationstar Mortgage LLC effective February 2, 2026.

329854314v2

The parties having settled the matter and having fully executed a confidential Settlement Agreement and Release, stipulate and agree that the above-captioned matter is to be dismissed with prejudice without an award of attorneys' fees and costs to either party.

| | |
|---|---|
| DATED this 22nd day of June 2026<br><br>**CONSUMER JUSTICE LAW FIRM**<br><br>*/s/ Michael Yancey, III*<br>Michael Yancey, III, Esq.<br>Nevada Bar No. 16158<br>2300 West Sahara Ave., Suite 800<br>Las Vegas, Nevada 89102<br>Telephone: (480) 573-9272<br>Email: myancey@consumerjustice.com<br><br>*Attorneys for Plaintiffs Donald and Deborah Weeks* | DATED this 22nd day of June 2026<br><br>**TROUTMAN PEPPER LOCKE LLP**<br><br>*/s/ Holly E. Cheong*<br>Holly E. Cheong, Esq.<br>Nevada Bar No. 11936<br>8985 S. Eastern Ave., Suite 200<br>Las Vegas, Nevada 89123 (*Nevada Office*)<br>Telephone: (213) 928-9800<br>Email: holly.cheong@troutman.com<br><br>350 South Grand Avenue, Suite 3400<br>Los Angeles, CA (*Los Angeles Office*)<br><br>*Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper* |

329854314v2

## **ORDER**

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, each side to bear its own fees and costs.

_____

UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Holly E. Cheong*
Holly E. Cheong, Esq.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 (*Nevada Office*)
Tele: (213) 928-9800
Email: holly.cheong@troutman.com

350 South Grand Avenue, Suite 3400
Los Angeles, CA (*Los Angeles Office*)

*Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

329854314v2