HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
8985 S. Eastern Ave., Ste 200
Las Vegas, NV 89123 (*Nevada Office*)
Telephone: (213) 928-9800
holly.cheong@troutman.com

TROUTMAN PEPPER LOCKE LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA (*Los Angeles Office*)

*Attorneys for Defendant Nationstar Mortgage
LLC d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD WEEKS; and DEBORAH WEEKS, <br><br> Plaintiffs, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, <br><br> Defendants. | Case No.  2:26-cv-00203-JCM-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs DONALD WEEKS and DEBORAH WEEKS ("Plaintiffs") and Defendant NATIONSTAR MORTGAGE LLC dba MR. COOPER ("Nationstar")[1] (and collectively with Plaintiffs "Parties") hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Rocket Mortgage, LLC is successor by merger to Nationstar Mortgage LLC effective February 2, 2026.

329854314v2

The parties having settled the matter and having fully executed a confidential Settlement Agreement and Release, stipulate and agree that the above-captioned matter is to be dismissed with prejudice without an award of attorneys' fees and costs to either party.

| DATED this 22nd day of June 2026 | DATED this 22nd day of June 2026 |
|---|---|
| **CONSUMER JUSTICE LAW FIRM** | **TROUTMAN PEPPER LOCKE LLP** |
| */s/ Michael Yancey, III* <br> Michael Yancey, III, Esq. <br> Nevada Bar No. 16158 <br> 2300 West Sahara Ave., Suite 800 <br> Las Vegas, Nevada 89102 <br> Telephone: (480) 573-9272 <br> Email: myancey@consumerjustice.com <br><br> *Attorneys for Plaintiffs Donald and Deborah Weeks* | */s/ Holly E. Cheong* <br> Holly E. Cheong, Esq. <br> Nevada Bar No. 11936 <br> 8985 S. Eastern Ave., Suite 200 <br> Las Vegas, Nevada 89123 (*Nevada Office*) <br> Telephone: (213) 928-9800 <br> Email: holly.cheong@troutman.com <br><br> 350 South Grand Avenue, Suite 3400 <br> Los Angeles, CA (*Los Angeles Office*) <br><br> *Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper* |

### ORDER

**IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, each side to bear its own fees and costs.**

**UNITED STATES DISTRICT COURT JUDGE**

**Date:  June 24, 2026**

329854314v2