Michael Yancey, III, NV #16158
**CONSUMER JUSTICE LAW FIRM**
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (480) 613-7733
E: myancey@consumerjustice.com

*Attorney for Plaintiffs*
*Donald Weeks & Deborah Weeks*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD WEEKS; and DEBORAH WEEKS, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, <br><br> Defendants. | Case No.: 2:26-cv-00203-JCM-BNW <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Donald Weeks and Deborah Weeks ("Plaintiffs") and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as there are no remaining Defendants.

//

1

Respectfully submitted this 25th day of June 2026.

/s/ Michael Yancey
Michael Yancey, III, NV #16158
**CONSUMER JUSTICE LAW FIRM**
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (480) 613-7733
E: myancey@consumerjustice.com

*Attorney for Plaintiffs*
*Donald Weeks & Deborah Weeks*

/s/Jennifer R. Brooks
Jennifer R. Brooks
**SEYFARTH SHAW LLP**
2323 Ross Avenue Suite 1660
Dallas, TX 75201
T: (469) 608-6730
E: jrbrooks@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Lila M. Reyes*
Lila M. Reyes

2