Michael Yancey, III, NV #16158
**CONSUMER JUSTICE LAW FIRM**
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (480) 613-7733
E: myancey@consumerjustice.com

*Attorney for Plaintiffs*
*Donald Weeks & Deborah Weeks*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD WEEKS; and DEBORAH WEEKS, | Case No.: 2:26-cv-00203-JCM-BNW |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| EQUIFAX INFORMATION SERVICES, LLC; and NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Donald Weeks and Deborah Weeks ("Plaintiffs") and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as there are no remaining Defendants.

//

1

Respectfully submitted this 25th day of June 2026.

*/s/ Michael Yancey*
Michael Yancey, III, NV #16158
**CONSUMER JUSTICE LAW FIRM**
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
T: (480) 573-9272
F: (480) 613-7733
E: myancey@consumerjustice.com

*Attorney for Plaintiffs*
*Donald Weeks & Deborah Weeks*

*/s/Jennifer R. Brooks*
Jennifer R. Brooks
**SEYFARTH SHAW LLP**
2323 Ross Avenue Suite 1660
Dallas, TX 75201
T: (469) 608-6730
E: jrbrooks@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services, LLC*

<u>**ORDER**</u>

**IT IS SO ORDERED this 26th day of June, 2026.**

_____
**UNITED STATES DISTRICT JUDGE**

2